■ In the Matter of MICHAEL DIFATE, Appellant, v CITY MANAGER OF THE CITY OF YONKERS et al., Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination of the respondent City Manager of the City of Yonkers, dated September 12, 1983, which, after a hearing, found petitioner guilty of certain disciplinary charges and dismissed him as a member of the Police Department of the City of Yonkers.

Determination confirmed and proceeding dismissed on the merits, without costs or disbursements.

The determination as to petitioner's guilt is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Furthermore, since police departments are quasimilitary organizations requiring strict discipline (see *Matter of Bal v Murphy,* 55 AD2d 26, affd 43 NY2d 762; *Matter of Keogh v Dolce,* 84 AD2d 579), the penalty imposed was not so disproportionate to the offenses as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222).

We have examined petitioner's other contentions and find them to be without merit. Niehoff, J. P., Boyers, Lawrence and Eiber, JJ., concur.